# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| ACUITAS THERAPEUTICS INC., MICHAEL HOPE, YING TAM, PAULO LIN, and BARABARA MUI,<br><br>Plaintiffs,<br><br>v.<br><br>CUREVAC SE<br><br>Defendant. | C.A. No. 2:23-cv-00610-JKW-DEM |

## DISMISSAL ORDER

THIS DAY CAME the parties, by their counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure jointly moved the Court to dismiss the above styled action, in its entirety, because these parties have resolved the present controversies between them.

UPON CONSIDERATION of the representations of counsel, the pleadings and for other good cause shown, it is ORDERED, ADJUDGED and DECREED that the above styled action is DISMISSED with prejudice, each party to bear its own attorneys' fees and costs, with the Court retaining jurisdiction solely for purposes of enforcing the parties' settlement.

Norfolk, Virginia
June 24, 2024

/s/
_____
Jamar K. Walker
United States District Judge